IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN FEINGOLD | : | CIVIL ACTION |
| v. | : | |
| NICHOLAS CUMMINS, et al. | : | NO. 09-2161 |

ORDER

AND NOW, this 16th day of July, 2009, upon consideration of the defendants' motions to dismiss (Docket Nos. 4, 6, 11) and the plaintiff's opposition thereto, IT IS HEREBY ORDERED that the defendants' motions are GRANTED. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.